IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM GREEN and<br>JOANN GREEN, | )<br>)<br>) | 8:09CV13 |
| Plaintiffs, | )<br>)<br>) | ORDER |
| v. | )<br>) | |
| SUNSET FINANCIAL SERVICES, INC.,<br>KANSAS CITY LIFE INSURANCE<br>COMPANY, and BRYAN S.<br>BEHRENS, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Unopposed Motion to Extend Deadline for Responding to Defendant Sunset Financial Services, Inc.'s Request for Judicial Notice. Plaintiffs seek an extension from April 6, 2009, to April 13, 2009, to respond to the Defendant's Request. Counsel for the Plaintiffs states that Defendant Sunset Financial Services, Inc. does not oppose Plaintiffs' motion. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Unopposed Motion to Extend Deadline (Filing No. 35) is granted; and

2. The Plaintiffs shall respond to the Defendant's Request for Judicial Notice (Filing No. 25) by filing their brief and index of evidence, if any, on or before April 13, 2009.

DATED this 7th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge