IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM GREEN and JOANN GREEN,** | ) ) ) | 8:09CV13 |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **SUNSET FINANCIAL SERVICES, INC., KANSAS CITY LIFE INSURANCE COMPANY, and BRYAN S. BEHRENS,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on the Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company's Unopposed Motion to Extend Response Dates (Filing No. 44). The Defendants seek to extend deadlines for filing responses and replies to various motions pending before this Court. The Defendants assert in their motion that the Plaintiffs' counsel does not oppose the motion. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company's Unopposed Motion to Extend Response Dates (Filing No. 44) is granted;

2. The Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company shall reply to the Plaintiffs' response in opposition to their Motions to Dismiss (Filing Nos. 23 and 30) by filing their briefs and indexes of evidence, if any, on or before April 30, 2009;

3.  The Defendant Sunset Financial Services, Inc., shall reply to the Plaintiffs' response in opposition to their Motion for Judicial Notice (Filing No. 25) by filing its brief and index of evidence, if any, on or before April 30, 2009;

4.  The Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company shall respond to the Plaintiffs' Motion for Leave to Amend (Filing No. 40) by filing their briefs and indexes of evidence, if any, on or before April 30, 2009; and

5.  The Plaintiffs shall reply to the Defendants Sunset Financial Services, Inc., and Kansas City Life Insurance Company's response to Plaintiffs' Motion for Leave to Amend (Filing No. 40) by filing their brief and index of evidence, if any, on or before May 18, 2009.

DATED this 22nd day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge