# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN LUSTGRAAF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>Defendants. ) | 8:08-cv-00335-LSC-FG3<br><br>SCHEDULING ORDER |
| JEAN POOLE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>Defendants. ) | 8:08-CV-00399-LSC-FG3<br><br>SCHEDULING ORDER |
| MILO VACANTI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>Defendants. ) | 8:08-CV-00436-LSC-FG3<br><br>SCHEDULING ORDER |
| WILLIAM GREEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>Defendants. ) | 8:09-CV-00013-LSC-FG3<br><br>SCHEDULING ORDER |

| | |
|---|---|
| MILO VACANTI, )<br>)<br>Plaintiff, )<br>)     8:09-CV-00044-LSC-FG3<br>vs. )<br>)     SCHEDULING ORDER<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS, )<br>)<br>Defendants. ) | |

On December 15, 2010, the district court entered an order lifting the stay of proceedings as to Bryan S. Behrens. Counsel then submitted a proposed schedule, as discussed during the status conference held December 10, 2010. The court finds that the parties' proposed schedule should be adopted.

    **IT IS ORDERED**:

    1. No later than **January 10, 2011**: counsel for the parties will submit a Discovery Planning Report to the Court. The court's revised "Form 35 (Rule 26(f)) Report" is posted on the court's website, www.ned.uscourts.gov/forms/.

    2. Starting **January 10, 2011**: The parties may send interrogatories, request for production, and requests for admission to each other.

    3. No later than **January 10, 2011**: The parties will either jointly submit a proposed Protective Order Governing Confidential Information, or if they cannot agree on the form of such a proposed Order, the parties will submit separate proposed Protective Orders Governing Confidential Information.

    4. No later than **January 24, 2011**: The parties will each serve Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1). With those disclosures, the parties will serve copies of the documents and electronically stored information falling within the scope of Federal Rule of Civil Procedure 26(a)(1)(A)(ii), and they will not just describe those documents and electronically stored information by category and location.

    5. **Withholding Documents from Disclosure or Discovery.** If any document is withheld from production or disclosure on the grounds of privilege or work product, the producing party shall disclose the following information about each such document withheld: a description of the document withheld with as much specificity as is practicable without disclosing its contents, including (a) the general nature of the document; (b) the identity and position of its author; (c) the date it was written; (d) the identity and position of its addressee; (e) the identities and positions of

all persons who were given or have received copies of it and the dates copies were received by them; (f) the document's present location and the identity and position of its custodian; and (g) the specific reason or reasons why it has been withheld from production or disclosure.  *See* Fed. R. Civ. P. 26(b)(5).

6. The conference now set for **January 18, 2011 at 9:30 a.m.** will be held as previously scheduled.  The Receiver may, but is not required to, participate in the conference.

**DATED December 20, 2010.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett, III
                                      **United States Magistrate Judge**