## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM GREEN and JOANN GREEN,** | ) | **CASE NO. 8:09CV13** |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Before the Court is the Suggestion of Bankruptcy filed by William H. Green.  (Filing No.  238.)    The  Court  has  confirmed  through  the  PACER  Service  Center, http://pacer.psc.uscourts.gov, that Green filed for Chapter 7 Bankruptcy on May 14, 2012, in the United States Bankruptcy Court for the District of Nebraska, Case No. 8:12-bk-81071.  Pursuant to NEGenR 1.5(a), and 28 U.S.C. § 157, these matters will be referred to the United States Bankruptcy Court for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1.   This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.   This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3.   The Clerk of the Court for the District of Nebraska shall transmit the court files to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 23rd day of May, 2012.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge