IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM GREEN AND JOANN GREEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS,<br><br>    Defendants. | 8:09-CV-13<br><br>ORDER |

  This matter is before the Court on the stipulation and joint motion for dismissal with prejudice (filing 361) of William Green's claims against Sunset Financial Services. That motion will be granted.

  With the dismissal of William Green's claims against Sunset, no claims remain pending in this case. Sunset's counterclaim against William Green was severed by the bankruptcy court pursuant to Fed. R. Bankr. P. 7021 and Fed. R. Civ. P. 21, and remains pending in the bankruptcy court. Filings 240 and 242. But because it was severed pursuant to Rule 21, it proceeds in a discrete, independent action, and it is the Court's duty to render final judgments on the claims before it. *See E.S. v. Indep. Sch. Dist.*, 135 F.3d 566, 568 (8th Cir. 1998). Accordingly, the Court will close this case and render final judgment under Fed. R. Civ. P. 58(a).

  IT IS ORDERED:

1. The motion for dismissal with prejudice (filing 361) is granted.

2. William Green's claims against Sunset Financial Services are dismissed with prejudice.

3. All claims having been dismissed, this case is closed.

4. A separate judgment will be entered.

Dated this 20th day of August, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge